UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PHILLIP JONES, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-00067 |
| | § | |
| F.C.I. THREE RIVERS WARDEN, | § | |
| JOSLIN, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY PETITIONER'S MOTION FOR A DEFAULT JUDGMENT**

On May 18, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion requesting default on behalf of the government (D.E. 26) be denied. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion requesting default on behalf of the government (D.E. 26) is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 21st day of June, 2007.

_____
Janis Graham Jack
United States District Judge